UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Kararo

                Plaintiff,

v.                                                    Case No.: 1:24–cv–04299
                                                             Honorable LaShonda A. Hunt

Old Dominion Freight Line, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Notice of Voluntary Dismissal as to Defendant Dee Dee Cox [41], this action is being dismissed as to Defendant Dee Dee Cox only. Defendant Cox's motion to dismiss [26] is terminated as moot and the previously set briefing schedule [34] is stricken. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.